CHARLES H. NUTTING, APPELLANT, v. BOROUGH OF
        CALDWELL ET AL., RESPONDENTS.

Argued June 23, 1919—Decided November 17, 1919.

On appeal from the Supreme Court, whose opinion is re-
ported in 92 *N. J. L.* 292.

For the appellant, *Collins & Corbin.*

For the respondents, *J. Henry Harrison* and *Harrison P. Lindabury.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, BERGEN, KALISCH, BLACK, WHITE, HEPPENHEIMER, TAYLOR, GARDNER, ACKERSON, JJ. 11.

*For reversal*—None.